**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

IN RE KATHLEEN GRANAHAN KANE  :  No. 3 WM 2016
:
:
:

**ORDER**

**PER CURIAM**

**AND NOW**, this 5th day of February, 2016, because Petitioner did not seek recusal at the earliest possible time, her objection is waived as a matter of law and cannot form the basis to invalidate a judicial determination. See Goodheart v. Casey, 565 A.2d 757, 763 (Pa. 1989). Petitioner's claims of bias are untimely and are not properly before this Court for consideration. Petitioner's Application for Extraordinary Relief is **DENIED**, on the basis of waiver.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.